In the Matter of Joseph SAXER, Bankrupt.

Circuit Court of Appeals, Sixth Circuit.
June 29, 1929.

No. 5478.

For opinion below, see 34 F.(2d) 39.

Joseph B. Beckenstein, of Detroit, Mich., for appellant.

Fixel & Fixel, of Detroit, Mich., for appellee.

PER CURIAM. Docketed and dismissed pursuant to motion of counsel for appellee.

Martin VANDERBURG, Defendant, Appellant,
v. UNITED STATES, Appellee.

Circuit Court of Appeals, First Circuit.
October 17, 1929.

No. 2354.

A. Chesley York, Asst. U. S. Atty., of Boston, Mass. (John L. Gay, U. S. Atty., and Jesus A. Gonzalez, Asst. U. S. Atty., both of San Juan, Porto Rico, on the brief), for appellee.

Before BINGHAM, ANDERSON, and WILSON, Circuit Judges.

PER CURIAM. The judgment of the District Court is affirmed.